UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COACH, INC. and<br>COACH SERVICES, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PETER J. SAPATIS d/b/a Londonderry<br>Marketplace and LONDONDERRY<br>MARKETPLACE, LLC,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:12-cv-506-PB<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

　　　The Court, having considered the parties' Joint Motion Requesting Court Appoint Mediator, hereby orders the appointment of Retired Magistrate Judge James Muirhead to serve as volunteer mediator in this matter.

　　　　　　　　　　　　　　　SO ORDERED,

Dated: 3/7/13　　　　　　　　　/s/ Paul Barbadoro
　　　　　　　　　　　　　　　Paul J. Barbadoro, Judge


cc:  Counsel of Record


01308487

1