## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

COACH, INC. and COACH SERVICES, INC.

     *Plaintiffs*,

           - against -

PETER J. SAPATIS,
LONDONDERRY MARKETPLACE, LLC,
ALAINA E. PAUL, and
TABA ENTERPRISES, LLC, d/b/a TABA
Enterprises, Londonderry Flea Market,
Londonderry Marketplace, and/or TABA
Enterprises,

     *Defendants*.

**C.A. No. 1:12-cv-00506-PB**

## PLAINTIFFS' SUPPLEMENTAL FINAL PRE-TRIAL STATEMENT

In accordance with Rule 26(b)(3) of the Federal Rules of Civil Procedure and USDC-NH Local Rule 16.2, Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively, "Coach") hereby submit its Supplemental Final Pre-Trial Statement, which updates information previously submitted to the Court on or about May 2, 2014. Coach's Request for Jury Instructions and *Voir Dire* Requests were previously filed.

    **1)**       **Assented-to Statement of the Case**

This is a trademark counterfeiting case involving a flea market and its alleged contributory liability for sales of counterfeit Coach products ("Counterfeit Products") at the flea market. Londonderry Flea Market is an outdoor flea market located in a field at 5 Avery Road, Londonderry, New Hampshire ("Flea Market"). On Saturdays and Sundays from approximately April to November, the Flea Market rents space to vendors who offer for sale a variety of types of items.

1

Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively, "Coach") claim to have investigated the Flea Market on four different occasions during the 2011 and 2012 flea market seasons.  Coach alleges that it discovered vendors at the Flea Market selling Counterfeit Products on all four occasions.  Coach also alleges that in two separate instances, once in 2011 and once in 2012, Coach put the Flea Market on written notice of the sales of Counterfeit Products at the Flea Market.

Coach has brought suit against three Defendants – Peter J. Sapatis, Alaina E. Paul, and TABA Enterprises, LLC – claiming that each of the Defendants has been willfully blind to the sales of Counterfeit Products at the Flea Market by certain vendors, and, therefore, each of the Defendants is liable to Coach for the direct infringement perpetrated by those vendors.  The Defendants generally deny that they are liable to Coach.  Defendants Peter Sapatis and Alaina Paul further dispute that they are personally liable to Coach.  Further, all the Defendants dispute that counterfeiting occurred at the Flea Market, deny that they knew or should have known about any alleged counterfeiting at the Flea Market if it existed, and maintain that the Flea Market took reasonable efforts to prevent the sales of Counterfeit Products at the Flea Market.

**2)      Coach's Potential Witness List**

Coach expects to call the following witnesses at trial:

Nicole Ridolfi, Esq.[1]
Counsel
Coach, Inc.
516 West 34th Street
New York, New York  10001

Andrea Powers
Powers and Associates
82 Country Road, Suite 34
Mattapoisett, Massachusetts  02739
508-748-3869

---

[1]      Coach offers Ridolfi in lieu of the previously designated Samantha Bangaree.

Michael Surette
5218 Coronado Parkway
Cape Coral, FL 33904
603-566-5329

Coach also reserves the right either to call Alaina Paul and Peter Sapatis – and, if the need arises,

TABA employee Linda Morrow – in Coach's case-in-chief or wait to conduct an examination of

these witnesses as part of Defendants' case.

    **3)**      **Waiver of Claims or Defenses**

    As previously disclosed to opposing counsel, Coach waive the following claims:

    COUNT III - Contributory Trade Dress Infringement, 15 U.S.C. § 1125(a)
    COUNT IV - Contributory False Designation of Origin and False Advertising, 15 U.S.C.
    § 1125(a)
    COUNT V - Contributory Trademark Dilution, 15 U.S.C. § 1125(c)
    COUNT VII - Common Law Trademark Infringement

Coach will assert the following claims at trial:

    COUNT I- Contributory Trademark Counterfeiting, 15 U.S.C. § 1114;
    COUNT II - Contributory Trademark Infringement, 15 U.S.C. § 1114; and
    COUNT VI - Contributory Copyright Infringement, 17 U.S.C. § 50

    **4)**      **Depositions to be Read into Evidence**

    Coach does not intend to read any depositions into evidence in accordance with Rule 32

of the Federal Rules of Civil Procedure at this time.

    **5)**      **List of Trial Exhibits**

    Coach intends to offer the following trial exhibits:

- Physical items and/or photographs taken of the following Counterfeit Products purchased at the Flea Market:

| Date of Purchase | Product | Price |
|---|---|---|
| June 26, 2011 | Silver earrings | $5.00 |
| June 26, 2011 | Blue cell phone charm | 3.00 |
| June 26, 2011 | Small pink purse | 10.00 |
| June 26, 2011 | Black sunglasses | 7.00 |
| June 26, 2011 | Key chain | 4.00 |

| June 26, 2011 | Small purpose coin purse | 3.00 |
|---|---|---|
| August 13, 2011 | Small brown multi-colored Coach purse | 10.00 |
| April 29, 2012 | One large Coach handbag | 7.00 |
| April 29, 2012 | Large Coach tan/brown handbag | 7.00 |
| April 29, 2012 | Pink Coach sandals | 13.00 |
| April 29, 2012 | Tan/brown men's Coach wallet | 5.00 |
| April 29, 2012 | White Coach sunglasses | 8.00 |
| April 29, 2012 | Pink striped handbag | 20.00 |
| October 21, 2012 | Brown Coach baseball cap | 5.00 |
| October 21, 2012 | Brown Coach wallet | 5.00 |
| October 21, 2012 | Pink Coach belt | 10.00 |
| October 21, 2012 | Black Coach wristlet | 10.00 |
| October 21, 2012 | Pink Coach wristlet | 8.00 |
| October 21, 2012 | Black/white Coach hat and scarf set | 10.00 |

- Affidavits of Dayanara Y. Perez dated November 11, 2011;

- 81 Photographs taken of June 26, 2011 investigation of the Flea Market;

- Registration certificates for Coach's trademarks and copyrights;

- Letter from Tiffany Walden to "London Derry Flea Market" dated June 11, 2011;

- Cease and desist letter from Coach hand delivered to Flea Market vendors on June 26, 2011;

- Letter from Tiffany Walden to Owner and/or Manager Londonderry Flea Market, dated August 2, 2011;

- Letter from Ethan Lau to Owner/Manager Londonderry Flea Market, dated May 14, 2012;

- Powers Report to Coach dated June 27, 2011 (regarding June 26, 2011 investigation);

- Powers Report to Coach dated August 15, 2011(regarding August 13, 2011 investigation);

- Powers Report to Coach dated May 1, 2012 (regarding April 29, 2012 investigation);

- Powers Report to Coach dated October 23, 2012 (regarding October 21, 2012);

- Emails to and from LondonderryFleaMarket@gmail.com email account regarding the availability of "knock off bags" and the like[2];

---

[2]     Specific emails are designated by bates-number as TABA0670, TABA1139-1141, TABA1841, TABA1871-1873, TABA2217-2218, TABA2449, TABA2693, and TABA3388-3390.

- Michael Surrette's typed notes in relation to his August 13, 2011 investigation of the Flea Market; and

- Michael Surrette's typed notes in relation to his September-October 2011 meetings with Sapatis.

Additionally, Coach reserves the right to offer into evidence the following documents if the need arises:

- Letter from Tiffany Walden to William R. Hart dated June 9, 2011;

- Additional emails to and from LondonderryFleaMarket@gmail.com email account[3];

- Flea Mark annual policies applicable to vendors;

- An additional 655 emails from LondonderryFleaMarket@gmail.com email account identifying Peter Sapatis (*e.g.*, "Pete") as the individual sending the emails on behalf of the flea market;

- Eagle Tribune news article concerning Peter Sapatis, as it appeared on April 15, 2014 at http://www.eagletribune.com/newhampshire/x1262681325/Former-flea-market-owner-fights-Coach.

6)      **Use of JERS**

Coach is inclined to facilitate the jury's use of JERS.  Based on communications between counsel, it does not appear that Defendants are strictly opposed to the use of JERS, but they did express some concern about costs.  Coach respectfully requests that this issue be addressed at the Final Pre-Trial Conference.

7)      **Special Damages**

Coach is seeking statutory damages in this case in accordance with 15 U.S.C. § 1117(c), and it is not seeking special damages.

---

[3]      Specific emails are designated by bates-number TABA0857, TABA1487, TABA1754, and TABA2269.

**8)      Settlement Negotiations**

The parties attempted to mediate this case on March 25, 2014 with the Honorable Judge Joseph N. Laplante, and the parties continued to attempt to resolve this case in the days that followed, to no avail.  Coach remains willing to discuss a possible resolution of this case.

**9)      Attorneys' Fees**

Coach reserves its right to seek attorneys' fees in this case.  *Louis Vuitton Malletier SA v. LY USA, Inc.,* 676 F.3d 83, 111 (2d Cir. 2012) ("We therefore conclude that an award of attorneys' fees is available under section 1117(a) in 'exceptional' cases even for those plaintiffs who opt to receive statutory damages under section 1117(c)").

**10)     Requests for a View**

Coach does not believe a view is necessary.

**11)**      **Length of Trial**

Coach estimates it can put on its case-in-chief in approximately 2.5 full trial days, and the

trial should be completed in no more than seven full trial days.

Dated: October 9, 2014

PLAINTIFFS,
COACH, INC. and
COACH SERVICES, INC.,
By their Attorneys,

*/s/ Kyle M. Zambarano*
Jeffrey K. Techentin (PHV Counsel)
jtechentin@apslaw.com
Kyle M. Zambarano (PHV Counsel)
kzambarano@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

*/s/ Erin K. Q. Corbally*
Erin K. Q. Corbally, N.H. Bar No. 21270
ecorbally@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street
Boston, MA 02110
Tel: (617) 482-0600
Fax: (617) 482-0406

## <u>CERTIFICATION</u>

I hereby certify that on October 9, 2014 I served via ECF the within Supplemental Final Pre-Trial Statement on the following counsel of record:

Lisa Snow Wade                                           Jeremy Walker, Esq.
Robert S. Carey                                          McLane, Graf, Raulerson & Middleton, P.A.
ORR & RENO, P.A.                                         P.O. Box 326
One Eagle Square                                         900 Elm Street
P.O. Box 3550                                            Manchester, NH  03105-0326
Concord, NH  03302-3550

                                        */s/ Kyle M. Zambarano*

*680688_1.docx*

680688.v1