U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 12 2014

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

COACH, INC., et al.

v.                                                         Civil No. 12-cv-506-PB

PETER SAPATIS, et al.

## VERDICT

1. Have the plaintiffs proved their contributory trademark counterfeiting claim against Peter Sapatis?

   _____          ____[✗]_____
        Yes                         No

   **[If you have answered yes to question 1, I instruct you that the claim has also been proved with respect to TABA. Therefore, if you have answered yes to question 1, you should skip question 2 and answer question 3. If you have answered no to question 1, you should answer question 2.]**

2. Have the plaintiffs proved their contributory trademark counterfeiting claims against TABA?

   _____          ____[✗]_____
        Yes                         No

   **[Answer question 3 only if you have answered yes to either question 1 or question 2.]**

3. What statutory damages do you award to the plaintiffs? [Your award must be at least $1,000 and not more than $200,000 per counterfeit mark per type of good.]

_____
Amount

11/12/14
_____
Date

_____
Foreperson of the Jury